

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KMT/NMA
F. #2020R00304

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 23, 2022

<u>By ECF and Email</u>

Murray E. Singer, Esq.
(counsel for Darrius Sutton)
14 Vanderventer Ave., Suite 147
Port Washington, NY 11050
msingerlaw@gmail.com

Gary L. Cutler, Esq.
(counsel for Tyshawn Sumpter)
160 Broadway, Suite 600
New York, NY 10038-4217
garycutlerlaw@gmail.com

Peter E. Quijano, Esq.
(counsel for Corey Williams)
Quijano Ennis & Wideris
305 Broadway, Floor 7
New York, NY 10007
peter@qandelaw.com

Carlos M. Santiago, Jr., Esq.
(counsel for Andrew Simpson)
11 Broadway, Suite 615
New York, NY 10004
carlos@santiagolawnyc.com

James Roth, Esq.
(counsel for Ronnie Warren)
Stampur & Roth
299 Broadway, Suite 800
New York, NY 10007
jamesrothesq@gmail.com

Christopher Wright, Esq.
(counsel for Trava Selby)
305 Broadway, Suite 1001
New York, NY 10007
Wrightlawnyc@gmail.com

      Re:    United States v. Darrius Sutton, et al
               <u>Criminal Docket No. 20-CR-323 (S-2) (AMD)</u>

Dear Counsel:

        Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.[1]  The discovery disclosed herein supplements the government's previous production on May 5, 2022.  The government renews its request for reciprocal discovery from the defendants.

---

[1] As with the previous production, the discovery described in this letter is available for order from DupeCoop.  Counsel of record for each defendant can order a copy of a drive containing these exhibits by contacting DupeCoop at dupecoop@mac.com.

| Discovery Ex. No. | Bates Range | Description | Designation[2] |
|---|---|---|---|
| 099A | N/A | Videos related to Feb. 16, 2014 shooting | |
| 099B | BR 5533-5543 | Still images related to Feb. 16, 2014 shooting | |
| 100 | BR 5544-5545 | Laboratory reports related to ballistic evidence recovered at scene of Feb. 16, 2014 shooting | |
| 101 | BR 5546-5557 | Crime scene photographs from scene of Feb. 16, 2014 shooting | |
| 102 | BR 5558-5989 | Medical records | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 103 | N/A | Video and audio files related to Oct. 16, 2014 shooting | |
| 104 | N/A | Video of shots fired on Nov. 23, 2016 | |
| 105 | N/A | Jail calls | |
| 106 | BR 5990-6002 | Search warrant for firearm and associated documents and images | |
| 107A | BR 6003-6004 | Laboratory reports concerning ballistics recovered at scene of shooting (Ex 104) | |
| 107B | BR 6005-6007 | Laboratory report finding that ballistics from Ex 104 were fired from firearm in Ex 106 | |
| 108 | BR 6008 | Laboratory report concerning seized firearm (Ex 106) | |

---

[2] This column indicates whether the discovery exhibit has been identified as "SENSITIVE" or "SENSITIVE – ATTORNEYS' EYES ONLY" in accordance with the protective order entered by the Court on October 26, 2020.

| | | | |
|---|---|---|---|
| 109 | BR 6009-6014 | Image of list of phone numbers recovered from New York State inmate | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 110 | BR 6015-6019 | DMV records | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 111 | BR 6020-6166 | Medical records of victim of Nov. 23, 2016 shooting #1 | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 112 | BR 6167-6171 | Laboratory reports related to ballistic evidence recovered from shooting involving victim identified in Ex. 111 | |
| 113 | N/A | 911 calls related to shooting of victim identified in Ex. 111 | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 114 | N/A | Surveillance video related to shooting of victim identified in in Ex. 111 | |
| 115 | BR 6172-6331 | Medical records of victim of Nov. 23, 2016 shooting #2 | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 116 | BR 6332 | Laboratory report concerning ballistic evidence related to shooting of victim identified in Ex. 115 | |
| 117 | BR 6333-6348 | Images of vehicle used in connection with shooting of victim identified in Ex. 115 | |
| 118 | BR 6349-6352 | Still images from surveillance video of August 11, 2019 shooting | |
| 119 | BR 6353-6358 | Information related to the Aug 11, 2019 shooting | |
| 120 | BR 6359-6386 | Crime scene photographs from August 11, 2019 shooting | |

| 121 | BR 6387-6407 | Crime scene photographs from April 20, 2020 shooting | |
| --- | --- | --- | --- |
| 122 | N/A | 911 calls related to April 20, 2020 shooting | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 123 | N/A | Additional surveillance video relating to May 16, 2020 shooting | |
| 124 | N/A | Body worn camera footage related to May 16, 2020 shooting | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 125 | BR 6408-6430 | Crime scene photographs from May 16, 2020 shooting | |
| 126 | N/A | ShotSpotter recording from May 16, 2020 shooting | |
| 127 | BR 6431-6432 | Documents related to ShotSpotter recording from May 16, 2020 shooting | |
| 128 | BR 6433-6437 | Still images from surveillance video of May 16, 2020 shooting | |
| 129 | N/A | Videos of July 14, 2020 shooting | |
| 130 | BR 6438-6453 | Search warrant for Red Honda | |
| 131 | BR 6454-6474 | Latent print report from Red Honda | |
| 132 | BR 6475-7506 | Documents received from Capital One Bank | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 133 | BR 7507-7628 | Documents received from Sterling Bank | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 134 | N/A | Text exchange from cellphone disclosed as Ex 26 | **SENSITIVE – ATTORNEY'S EYES ONLY** |

| 135 | BR 7629-7752 | Search warrant for cellular phone | **SENSITIVE** |
|---|---|---|---|
| 136 | N/A | Information obtained pursuant to search warrant disclosed as Ex. 135 | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 137 | BR 7753-7881 | Search warrant for cellular telephone | **SENSITIVE** |
| 138 | N/A | Information obtained pursuant to search warrant disclosed as Ex. 137 | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 139 | BR 7882-7936 | Search warrant | |
| 140 | BR 7937-7948 | Photographs related to search authorized by search warrant disclosed as Ex. 139 | |
| 141 | BR 7949-8045 | Search warrant | |
| 142 | BR 8046-8047 | Photographs related to search authorized by search warrant disclosed as Ex. 141 | |
| 143 | BR 8048-8133 | Search warrant executed at time of defendant Ronnie Warren's arrest | **SENSITIVE** |
| 144 | BR 8134-8140 | Photographs of items seized at time of Andrew Simpson's arrest | |
| 145 | N/A | Video recording of defendant's post-arrest interview | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 146 | N/A | Video recording of defendant's post-arrest interview 2 | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 147 | N/A | Video recording of defendant's post-arrest interview 3 | **SENSITIVE – ATTORNEY'S EYES ONLY** |
| 148 | BR 8141-8158 | GPS warrant related to Darrius Sutton | |
| 149 | BR 8159-8240 | Triggerfish warrant related to Darrius Sutton | |

| | | | |
|---|---|---|---|
| 150 | BR 8241-8273 | GPS warrant related to Corey Williams | |
| 151 | BR 8274-8322 | GPS warrant related to Ronnie Warren | |

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

In addition to the expert-related notifications provided in the government's previous letter, the government also anticipates calling one or more experts at trial to testify concerning the opinions rendered in Discovery Exhibits 100, 107A, 107B, 108, 112, 116 and 131, above. The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Kevin Trowel
Kevin Trowel
Nicholas Axelrod
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:   Clerk of the Court (AMD) (by ECF) (without enclosures)